IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONTA BOOZE, | * |
| Petitioner, | * |
| v. | Case No. 5:19-cr-00043-TES-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 7, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 7th day of January, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk